ingresadas en el fondo de reserva y antes de repartirse entre los accionistas, hubieran contribuido al pago del impuesto correspondiente.

*Considerando, por tanto*, que estando ajustada á las prescripciones del Reglamento que regía para la imposición, administración y cobranza de la contribución industrial y de comercio, la resolución dictada por el Hon. Tesorero de Puerto Rico, en 23 de Agosto del año de 1900, debe desestimarse la demanda interpuesta contra ella por el representante de la "Luz Eléctrica".

Vistas las disposiciones legales citadas y la sentencia dictada por el Tribunal contencioso-administrativo de España, de 3 de Marzo de 1896. *Fallamos:* que debemos revocar y revocamos la sentencia apelada, absolviendo á la Administración de la demanda establecida contra ella por Don Ramón Valdés, en su carácter de representante de la Sociedad Anónima denominada "Luz Eléctrica" sin especial condenación de costas.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.

---

## Ex Parte Cloy.

Solicitud para que se expida mandamiento de Habeas Corpus.

No. 13.—Resuelto en Junio 18, 1903.

Mandamiento de Arresto.—Su Nulidad.—Un mandamiento expedido para la prisión de un acusado, que no esté autorizado por la sentencia para cuya ejecución se dictara, ni guarde congruencia con la misma, es sustancialmente defectuoso y, por consiguiente, completamente nulo.

### EXPOSICIÓN DEL CASO.

Visto. y *Resultando:* que de las pruebas practicadas aparece que en 8 de los corrientes se libró por órden del Tribunal de Distrito de San Juan, mandamiento al Alcaide de la Cárcel de esta Ciudad para que tuviera bajo su custodia al acusado John Cloy, condenado por hurto de menor cuantía á la pena de seis meses de Cárcel y costas, en defecto de

---

## EX PARTE CLOY.

### APPLICATION for a writ of Habeas Corpus.

No. 13.—Decided June 18, 1903.

COMMITMENT—DEFECTS.—A commitment for the imprisonment of an accused person which is not authorized by the judgment for the execution whereof it is issued and does not accord therewith, is substantially defective and therefore void.

#### STATEMENT OF THE CASE.

From the evidence taken it appears that by an order of the District Court of San Juan, a commitment was issued on June 8, 1903, to the warden of the jail of this city, directing him to take into his custody the accused, John Cloy, convicted of petit larceny and sentenced to six months imprisonment in jail in default of payment of the fine, and

multa que le fué impuesta, cuya cuantía no se expresa; mientras que la sentencia dictada por el expresado Tribunal, en el mismo dia 8 de los corrientes, demuestra que John Cloy fué declarado culpable del delito comprendido en el Art. 438 del Código citado y por ello se le condenó á la pena de seis meses de cárcel y en las costas.

Abogados del peticionario: *Sres. Anderson y Robbins.*

Abogado del Pueblo: *Sr. del Toro, (Fiscal.)*

Opinión del Tribunal.

*Considerando:* que el mandamiento expedido para la prisión de John Cloy, y la sentencia que lo motivó, no guardan congruencia, pues, según el primero, John Cloy fué condenado por hurto de menor cuantía, que el Art. 431 del Código Penal castiga con multa máxima de quinientos pesos, ó cárcel por un término máximo de un año, ó ambas penas, á discreción del Tribunal, y la segunda, ó sea la sentencia, declara culpable á John Cloy del delito comprendido en el Art. 438 del Código citado, siendo por consiguiente claro que el mandamiento es sustancialmente defectuoso, pues habiéndose expedido para el cumplimiento de la sentencia dictada contra John Cloy, no guarda conformidad con el texto de dicha sentencia, y además el expresado mandamiento, atendidos los términos en que aparece redactado, no está autorizado por la sentencia para cuya ejecución se dictó.

*Considerando:* que siendo defectuoso sustancialmente el mandamiento de que se trata, y no estando autorizado por prescripción de la sentencia que lo originó, procede sea excarcelado John Cloy, con sujeción á los números 3 y 6 del Art. 483 del Código de Enjuiciamiento Criminal, cancelándose la fianza que tiene prestada. *Se decreta la libertad* de John Cloy y se cancela la fianza prestada por el mismo para la tramitación del Habeas Corpus.

Jueces concurrentes, Sres. Presidente, Quiñones, y Asociados, Hernandez, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.